# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-14-00470-CR
NO. 09-14-00471-CR
NO. 09-14-00473-CR

_____

**DOROTHY CLARK CANFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court
Montgomery County, Texas
Trial Cause Nos. 14-05-05315 CR (Counts I and II) and 12-09-10058 CR**

## MEMORANDUM OPINION

Dorothy Clark Canfield has filed a motion to dismiss her appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motion is granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on June 23, 2015
Opinion Delivered June 24, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.